## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| **SWITCH, LTD.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 2:17-cv-574-JRG** |
| | § | |
| **ALIGNED DATA CENTERS LLC and** | § | |
| **MTECHNOLOGY INC.** | § | <u>**JURY TRIAL DEMANDED**</u> |
| | § | |
| | § | |
| **Defendants.** | § | |

## <u>NOTICE OF DISMISSAL OF MTECHNOLOGY INC. WITHOUT PREJUDICE</u>

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Switch, Ltd.,

("Switch") hereby dismisses, without prejudice to the right to pursue any such claims in the

future, all claims, counter-claims, and all other causes of action asserted or which could have

been asserted against defendant MTechnology Inc.

Dated: October 12, 2017                       Respectfully submitted,

                                                **CALDWELL CASSADY & CURRY**

                                             _____

                                             Bradley W. Caldwell

                                             Texas State Bar No. 24040630

                                             Email: bcaldwell@caldwellcc.com

                                             John Austin Curry

                                             Texas State Bar No. 24059636

                                             Email: acurry@caldwellcc.com

                                             John F. Summers

                                             Texas State Bar No. 24079417

                                             Email: jsummers@caldwellcc.com

                                             **CALDWELL CASSADY CURRY P.C.**

                                             2101 Cedar Springs Road, Suite 1000

Dallas, Texas 75201
Telephone: (214) 888-4848
Facsimile: (214) 888-4849

Melissa R. Smith
State Bar No. 24001351
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: melissa@gillamsmithlaw.com

**ATTORNEYS FOR PLAINTIFF
SWITCH, LTD.**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who have consented to electronic service on this 12th day of October, 2017. Local Rule CV-5(a)(3)(A).

*/s/ Bradley W. Caldwell*
Bradley W. Caldwell