IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SWITCH, LTD., <br><br> Plaintiff, <br><br> v. <br><br> ALIGNED DATA CENTERS LLC and MTECHNOLOGY INC., <br><br> Defendants. <br><br> ALIGNED DATA CENTERS, LLC, ALIGNED DATA CENTERS (DFW), LLC, and ALIGNED DATA CENTERS (PHOENIX), LLC, <br><br> Counterclaim-Plaintiffs, <br><br> v. <br><br> SWITCH, LTD., <br><br> Counterclaim-Defendant. | CIVIL ACTION NO. 2:17-CV-574-JRG <br><br> **JURY TRIAL DEMANDED** |

**JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT
PURSUANT TO PATENT RULE 4-3**

Pursuant to Patent Local Rule 4-3, Plaintiff Switch, Ltd. ("Switch") and Defendant Aligned Data Centers, LLC ("Aligned") submit this Joint Claim Construction and Prehearing Statement for U.S. Patent No. 9,622,389 ("'389 patent").

**I.    CONSTRUCTION OF THOSE CLAIM TERMS, PHRASES, OR CLAUSES ON WHICH THE PARTIES AGREE (P.R. 4-3(a))**

The Parties have not reached an agreed construction on any terms identified for construction.

## II. PROPOSED CONSTRUCTION OF EACH DISPUTED CLAIM TERM, PHRASE, OR CLAUSE (P.R. 4-3(b))

Exhibits A and B, attached hereto, identify the disputed claim terms. Exhibit A contains Switch's proposed constructions for each disputed claim term and intrinsic and other evidence in support; Exhibit B contains Aligned's proposed constructions for each disputed claim term and intrinsic and other evidence in support.

## III. ANTICIPATED LENGTH OF TIME NECESSARY FOR THE CLAIM CONSTRUCTION HEARING (P.R. 4-3(c))

The Court has scheduled the claim construction hearing for August 17, 2018.

The parties estimate the length of the claim construction hearing to be about three hours.

## IV. IDENTITY OF WITNESSES (P.R. 4-3(d))

Switch has identified Dr. Gregor Henze as an expert witness with respect to claim construction. Aligned has not identified any expert witnesses with respect to claim construction. Neither party plans to call live witnesses during the claim construction hearing. Both parties reserve the right to call witnesses at the claim construction hearing upon reasonable notice to the other party and to the Court.

## V. OTHER ISSUES FOR A PREHEARING CONFERENCE (P.R. 4-3(e))

The parties are not aware of any other issues requiring a prehearing conference.

Dated: June 8, 2018

Respectfully submitted,

*/s/ Bradley W. Caldwell*
Bradley W. Caldwell
Texas State Bar No. 24040630
Email: bcaldwell@caldwellcc.com
John Austin Curry
Texas State Bar No. 24059636
Email: acurry@caldwellcc.com
John F. Summers
Texas State Bar No. 24079417
Email: jsummers@caldwellcc.com
**CALDWELL CASSADY CURRY P.C.**
2101 Cedar Springs Road, Suite 1000
Dallas, Texas 75201
Telephone: (214) 888-4848

*/s/ David A. Caine (with permission)*
Michael E. Jones
SBN: 10929400
**POTTER MINTON, PC**
110 North College, Suite 500
Tyler, Texas 75702
Tel: 903-597-8311
Fax: 903-531-3939
mikejones@potterminton.com

Michael A. Berta
Michael.berta@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**

162758840v1

| | |
|---|---|
| Facsimile: (214) 888-4849 | Three Embarcadero Center<br>10th Floor |
| Melissa R. Smith<br>State Bar No. 24001351<br>**GILLAM & SMITH, LLP**<br>303 South Washington Avenue<br>Marshall, Texas 75670<br>Telephone: (903) 934-8450<br>Facsimile: (903) 934-9257<br>Email: melissa@gillamsmithlaw.com | San Francisco, CA 94111-4024<br>Tel:    415-471-3277<br><br>David A. Caine<br>David.caine@arnoldporter.com<br>**ARNOLD & PORTER KAYE SCHOLER LLP**<br>3000 El Camino Real<br>Five Palo Alto Square, Suite 500<br>Palo Alto, CA 94306-3807 |
| *ATTORNEYS FOR PLAINTIFF SWITCH, LTD.* | Tel:    650-319-4710<br><br>Nicholas H. Lee<br>Nicholas.lee@arnoldporter.com<br>**ARNOLD & PORTER KAYE SCHOLER LLP**<br>777 South Figueroa Street<br>44th Floor<br>Los Angeles, CA 90017-5844<br>Tel:    213-243-4156<br><br>*ATTORNEYS FOR ALIGNED DATA CENTERS LLC, ALIGNED DATA CENTERS (DFW), LLC, AND ALIGNED DATA CENTERS (PHOENIX), LLC* |

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who have consented to electronic service on this 8th day of June, 2018.  Local Rule CV-5(a)(3)(A).

*/s/ Bradley W. Caldwell*
Bradley W. Caldwell

162758840v1