*Exhibit B*

## EXHIBIT B

## DEFENDANT ALIGNED DATA CENTERS, LLC'S
## PROPOSED CLAIM CONSTRUCTIONS FOR U.S. PATENT NO. 9,622,389 CLAIM 10

|   | **Term** | **Construction** | **Support** |
|---|---|---|---|
| 1. | **the two rows** | *Indefinite* | 13/551,415 Application, Final Office Action, July 11, 2017, pp. 4-5.<br><br>*Id.*, After Final Response to Office Action, Nov. 13, 2017, p. 7.<br><br>*Id.*, Examiner-Initiated Interview Summary, Dec. 11, 2017.<br><br>*Id.*, After Final Response to Office Action, Jan. 3, 2018, pp. 7-8, 12-13. |
| 2. | **wherein the second plurality of vertical support brackets each further support portions of the cool air ductwork below the thermal barrier ceiling** | both the "second plurality of vertical support brackets" and the network of channels or tubes to convey or transport cool air must be physically located below the "thermal barrier ceiling." | 5:62:-6:1.[1]<br>6:8-11.<br>7:23-33.<br>8:30-38.<br>FIGS. 1B, 4B.<br><br>13/551,415 Application, Amendment and Response to Non-Final Office Action, Jan. 7, 2016, at p. 9.<br><br>*Id.*, Request for Continued Examination and Response to Office Action, Nov. 21, 2016, at p. 12. |
| 3. | **the thermal barrier ceiling being disposed below the ceiling and creating an airspace between the ceiling and the thermal barrier** | the "thermal barrier ceiling" must be physically placed below the "ceiling" so that a plenum is created between the "thermal barrier ceiling" and the "ceiling" whose upper boundary is defined by the "ceiling" and | 5:9-16.<br>6:20-27.<br>6:48-55.<br>FIGS. 1B, 4B. |

---

[1] All citations, unless otherwise noted, are to the specification of the '389 patent. Defendant also reserves the right to rely on for its benefit any and all intrinsic and extrinsic evidence cited by Plaintiff.

| | | | |
|---|---|---|---|
| | ceiling | whose lower boundary is defined by the "thermal barrier ceiling" | "dispose," *The American Heritage Dictionary* (2d Coll. Ed. 1982) at 407. |
| 4. | **a hot containment chamber, the hot containment chamber being contiguous with the thermal barrier ceiling and providing an opening into the airspace** | an enclosed compartment, separate from the "hot air containment chamber," that holds hot air and is comprised of the boundary defined by an airtight seal between the "thermal shields" on the sides that are physically connected to the top of the cabinets below, with no gaps therebetween, and physically connected to the "thermal barrier ceiling" above, with no gaps therebetween, and that directs hot air up into the plenum between the "thermal barrier ceiling" and the "ceiling." | 4:42-49.<br>6:55-61.<br>7:43-48.<br>FIGS. 1B, 4B.<br><br>12/138,771 Application, Amendment and Response to Office Action, Nov. 21, 2011, at pp. 8-9.<br><br>*Id.*, Amendment and Response to Office Action, Sept. 24, 2012, at pp. 4, 10.<br><br>*Id.*, Response to Office Action, Dec. 27, 2016, at pp. 10, 12-13.<br><br>*Id.*, After Final Response to Office Action, June 9, 2017, at pp. 7, 10.<br><br>*Id.*, Applicant-Initiated Interview Summary, June 16, 2017.<br><br>13/551,415 Application, Response to Office Action, Apr. 11, 2017, p. 2.<br><br>"chamber," *The American Heritage Dictionary* (2d Coll. Ed. 1982) at 257.<br><br>"contiguous," *Merriam-Webster's Collegiate Dictionary* (11th ed. 2003) at 270. |
| 5. | **a first horizontal support bracket disposed above a cabinet height that intersects a middle hot aisle** | *Indefinite*<br><br>To the extent this term can be construed: | |

2

| | | | |
|---|---|---|---|
| | portion so that an area on two separate sides of each hot aisle where the cabinets can be placed does not have any vertical support brackets disposed therein | a "first horizontal support bracket" that is vertically positioned so that it is higher than the tallest cabinet and is aligned perpendicular (i.e., no parallel to) the "hot air aisle" and that passes through or across a "middle hot aisle portion" so that there are not any vertical support brackets between the first plurality of vertical support brackets disposed only at ends of "the two rows" | 7:23-37.<br>8:30-46.<br>FIGS. 4B, 5.<br><br>14/218,141 Application, Response to Office Action, May 23, 2016, pp. 8-9.<br><br>"intersect," *Merriam-Webster's Collegiate Dictionary* (11th ed. 2003) at 655; *The American Heritage Dictionary* (2d Coll. Ed. 1982) at 672. |
| 6. | a plurality of ladder racks and a plurality of conduits at locations that are on an opposite side of some of the vertical support brackets that hold portions of a thermal shield such that telecommunications wiring and power wiring are disposed within the plurality of ladder racks and the plurality of conduits, adjacent to the thermal shield | a "plurality of ladder racks" and a "plurality of conduits" that have telecommunications and power wiring physically placed within them, portions of which must all be held on the same opposite side of the "vertical support brackets" from side of the "vertical support brackets" to which the "thermal shield" is mounted | 7:12-22.<br>7:53-59.<br>8:35-38.<br>FIGS. 1B, 4B.<br><br>12/138,771 Application, Amendment and Response to Office Action, Nov. 21, 2011, at p. 10.<br><br>*Id.*, Amendment and Response to Office Action, Sept. 24, 2012, at p. 11; *see also id.*, Amendment and Response to Office Action, May 10, 2016, at pp. 13-14.<br><br>13/551,415 Application, Amendment and Response to Non-Final Office Action, Jan. 7, 2016, at pp. 8.<br><br>*Id.*, Applicant-Initiated Interview Summary, Aug. 5, 2016.<br><br>*Id.*, Response to Office Action, Apr. 11, 2017, at pp. 2-3, 8-10.<br><br>"dispose," *The American Heritage Dictionary* |

3

| | | | |
|---|---|---|---|
| | | | (2d Coll. Ed. 1982) at 407. |
| 7. | **each [second] vertical support bracket being disposed on the floor at one end** | one end of each "vertical support bracket" in both the first and second pluralities of "vertical support brackets" must be physically placed on the floor | 6:1-2.<br>7:25-28.<br>7:43-48.<br>8:35-38.<br>FIGS. 1B, 2, 4B, 5.<br><br>12/138,771 Application, Amendment and Response to Office Action, Nov. 21, 2011, at p. 8-9.<br><br>*Id.*, Amendment and Response to Office Action, Sept. 24, 2012, at pp. 4, 10.<br><br>"dispose," *The American Heritage Dictionary* (2d Coll. Ed. 1982) at 407. |
| 8. | **a second plurality of horizontal support brackets that are each parallel with the floor and parallel with the two parallel rows of cabinets** | a second set of horizontal support brackets, different from the first horizontal support bracket, where each horizontal support bracket of the second set is parallel to the floor and parallel to the two parallel rows of cabinets such that the horizontal support bracket of the second set do not intersect the hot aisle | 8:30-46.<br>FIG. 5. |
| 9. | **each of the second plurality of horizontal support brackets connecting to a different one of the first plurality of vertical support brackets at a height that is above the cabinet height** | *Indefinite*<br><br>To the extent this term can be construed:<br><br>each horizontal support bracket of the second set of horizontal support brackets must physically join, link or be fastened to (but not integral with) a different "vertical support bracket" of the first set of "vertical support brackets" at a height that is above the cabinet height | 8:30-46.<br>FIG. 5.<br><br>"connect," *The American Heritage Dictionary* (2d Coll. Ed. 1982) at 311. |
| 10. | **a second plurality of vertical** | a second set of "vertical support brackets," different | 7:23-8:2. |

| | | | |
|---|---|---|---|
| | support brackets disposed in a row | from the first plurality of "vertical support brackets," physically placed in a row | 8:30-46.<br>FIGS. 1B, 4B, 5. |
| 11. | each second vertical support bracket being disposed on the floor at one end | (*See* #7, *supra*) | (*See* #7, *supra*) |
| 12. | providing a thermal partition at each of two ends of the two rows to further seal the hot aisle | *Indefinite*<br><br>To the extent this term can be construed:<br><br>providing a physical partition with insulating characteristics that assists with thermal gradients that are desirable within a cabinet cluster and is different from and not integral with the "thermal shield," at "each of the two ends of the two rows" that assists with making the "hot aisle" airtight so that hotter air inside the "hot aisle" cannot physically escape from the "hot aisle" at the physically closed ends of the "two rows" such that no opening exists at the ends of the "hot aisle" and hotter air can only exit up through the "opening into the airspace" | 2:23-27.<br>5:30-38.<br>8:13-15.<br><br>12/138,771 Application, Amendment and Response to Office Action, Nov. 21, 2011, at p. 8.<br><br>*Id.*, Amendment and Response to Office Action, Sept. 24, 2012, at pp. 4, 10.<br><br>*Id.*, Response to Office Action, Dec. 27, 2016, at p. 10, 12-13.<br><br>*Id.*, After Final Response to Office Action, June 9, 2017, at pp. 7, 10.<br><br>*Id.*, Applicant-Initiated Interview Summary, June 16, 2017.<br><br>13/551,415 Application, Response to Office Action, Apr. 11, 2017, p. 2. |
| 13. | seal the hot aisle | make airtight so that the hotter air within the hot aisle cannot physically escape except through the "opening into the airspace" | 4:42-49.<br>5:5-16.<br>5:30-38. |

| | | | 6:42-61.<br>8:3-13.<br><br>12/138,771 Application, After Final Response to Office Action, June 9, 2017, at pp. 7, 10.<br><br>*Id.*, Applicant-Initiated Interview Summary, June 16, 2017.<br><br>13/551,415 Application, Response to Office Action, Apr. 11, 2017, p. 2. |
|---|---|---|---|
| 14. | **a thermal barrier ceiling** | an airtight barrier, which is not held in position by a suspended ceiling and is separate from the "ceiling," with insulating characteristics that prevents the hotter air above the barrier from mixing with the cooler air below the barrier | 4:42-49.<br>6:20-42.<br>8:13-15.<br>FIGS. 1B, 4B.<br><br>12/138,771 Application, Amendment and Response to Office Action, Nov. 21, 2011, at pp. 8-9.<br><br>*Id.*, Amendment and Response to Office Action, Sept. 24, 2012, at pp. 4, 10.<br><br>*Id.*, After Final Response to Office Action, June 9, 2017, at pp. 7, 10. |
| 15. | **hot containment chamber** | an airtight chamber bounded on all lateral sides by the "thermal shield" and at the ends by each "thermal partition" that prevents the hotter air inside the chamber from physically escaping and mixing with the cooler air outside the chamber and which channels the hotter air inside the chamber up into "opening into the airspace" | 4:42-49.<br>6:42-67.<br>7:38-8:2.<br>8:30-46.<br>FIGS. 1B, 2, 4B, 5.<br><br>12/138,771 Application, Amendment and Response to Office Action, Nov. 21, 2011, at pp. 8-9. |

|   |   |   |   |
|---|---|---|---|
|   |   |   | *Id.*, Amendment and Response to Office Action, Sept. 24, 2012, at pp. 4, 10.<br><br>*Id.*, Response to Office Action, Dec. 27, 2016, at pp. 10, 12-13.<br><br>*Id.*, After Final Response to Office Action, June 9, 2017, at pp. 7, 10.<br><br>*Id.*, Applicant-Initiated Interview Summary, June 16, 2017.<br><br>13/551,415 Application, Response to Office Action, Apr. 11, 2017, p. 2. |
| 16. | **airspace** | (*See* #3, *supra*) | (*See* #3, *supra*) |
| 17. | **sealed chamber** | an airtight chamber that is sealed at its bottom and at its top to prevent the hotter air within the chamber from physically escaping and mixing with the cooler air outside of the chamber | 4:42-49.<br>5:5-16.<br>5:30-38.<br>6:42-61.<br>8:3-13.<br><br>12/138,771 Application, Amendment and Response to Office Action, Sept. 24, 2012, at pp. 4, 10.<br><br>*Id.*, Response to Office Action, Dec. 27, 2016, at pp. 10, 12-13.<br><br>*Id.*, After Final Response to Office Action, June 9, 2017, at pp. 7, 10.<br><br>*Id.*, Applicant-Initiated Interview Summary, June 16, 2017.<br><br>13/551,415 Application, Response to Office |

7

| | | | |
|---|---|---|---|
| | | | Action, Apr. 11, 2017, p. 2. |
| 18. | **hot air aisle** | an aisle between two parallel, back-to-back rows of cabinets containing electronic equipment configured such that each row of equipment generally forces the heat from the electronic equipment toward a similar area between the two parallel, back-to-back rows of cabinets and that generally contains warmer air that results from the forced heat from the electronics equipment | 1:53-60. 5:5-9. 5:20-29. FIGS. 1A2, 1B, 4A, 4B. 13/551,415 Application, Response to Non-Final Office Action, Jan. 7, 2016, at pp. 7-10. |
| 19. | **middle hot aisle portion** | *Indefinite* | |
| 20. | **ladder racks** | a pair of modified spaced, parallel, longitudinal side rails and a plurality of spaced, cable supporting rungs disposed therebetween | U.S. Patent No. 3,521,843 to Ogle at 4:53-58 & FIG. 7. |
| 21. | **conduits** | pipes, tubes, or trough for protecting electric wires or cables | "conduit," *Merriam-Webster's Collegiate Dictionary* (11th ed. 2003) at 260; *The American Heritage Dictionary* (2d Coll. Ed. 1982) at 307. |
| 22. | **each hot aisle** | *Indefinite* To the extent this term can be construed: each aisle between two parallel, back-to-back rows of cabinets containing electronic equipment configured such that each row of equipment generally forces the heat from the electronic equipment toward a similar area between the two parallel, back-to-back rows of cabinets and that generally contains warmer air that results from the forced heat from the electronics equipment | 1:53-60. 5:5-9. 5:20-29. FIGS. 1A2, 1B, 4A, 4B. 13/551,415 Application, Response to Non-Final Office Action, Jan. 7, 2016, at pp. 7-10. |
| 23. | **the hot air containment chamber** | *Indefinite* | |

| | | To the extent this term can be construed:<br><br>an airtight chamber, separate from the "hot containment chamber," that holds hot air and is comprised of the boundary defined by an airtight seal between the "thermal shields" on the sides that are physically connected to the top of the cabinets below, with no gaps therebetween, and physically connected to the "thermal barrier ceiling" above, with no gaps therebetween and at the ends by each "thermal partition" that prevents the hotter air inside the chamber from mixing with the cooler air outside the chamber, and that directs hot air up into the plenum between the "thermal barrier ceiling" and the "ceiling" | 4:42-49.<br>6:42-67.<br>7:38-8:2.<br>8:30-46.<br>FIGS. 1B, 2, 4B, 5.<br><br>12/138,771 Application, Amendment and Response to Office Action, Sept. 24, 2012, at pp. 4, 10.<br><br>*Id.*, Response to Office Action, Dec. 27, 2016, at pp. 10, 12-13.<br><br>*Id.*, After Final Response to Office Action, June 9, 2017, at pp. 7, 10.<br><br>*Id.*, Applicant-Initiated Interview Summary, June 16, 2017.<br><br>13/551,415 Application, Response to Office Action, Apr. 11, 2017, p. 2. |
| --- | --- | --- | --- |
| 24. | **thermal shield** | a physical partition with insulating characteristics that assists with thermal gradients that are desirable within a cabinet cluster | 2:23-27.<br>6:48-61.<br>8:13-15.<br>FIGS. 1B, 2, 4B, 5.<br><br>12/138,771 Application, Amendment and Response to Office Action, Nov. 21, 2011, at p. 8.<br><br>*Id.*, Amendment and Response to Office Action, Sept. 24, 2012, at pp. 4, 10.<br><br>*Id.*, Response to Office Action, Dec. 27, 2016, at p. 10, 12-13. |

| | | | |
|---|---|---|---|
| | | | *Id.*, After Final Response to Office Action, June 9, 2017, at pp. 7, 10.<br><br>*Id.*, Applicant-Initiated Interview Summary, June 16, 2017.<br><br>13/551,415 Application, Response to Office Action, Apr. 11, 2017, p. 2. |
| 25. | **the hot aisle area** | *Indefinite*<br><br>To the extent this term can be construed:<br><br>the area comprising an aisle between two rows of electronic equipment configured back-to-back so that each row of equipment generally forces the heat from the electronic equipment toward a similar area that generally contains warmer air that results from the forced heat from the electronics equipment | 1:53-60.<br>5:5-9.<br>5:20-29.<br>FIGS. 1A2, 1B, 4A, 4B.<br><br>13/551,415 Application, Response to Non-Final Office Action, Jan. 7, 2016, at pp. 7-10. |
| 26. | **intersects** | passes through or across | 14/218,141 Application, Response to Office Action, May 23, 2016, pp. 8-9.<br><br>"intersect," *Merriam-Webster's Collegiate Dictionary* (11th ed. 2003) at 655; *The American Heritage Dictionary* (2d Coll. Ed. 1982) at 672. |
| 27. | **assisting in supporting** | actually carrying a portion of the physical load or weight of | 3:15-53.<br>FIGS. 1B, 2, 4B, 5.<br><br>12/138,771 Application, Amendment and Response to Office Action, pp. 8-9.<br><br>*Id.*, Amendment and Response to Office |

10

|     |     |                    | Action, Sept. 24, 2012, at pp. 4, 10. |
| --- | --- | --- | --- |
| 28. | **contiguous** | (*See* #4, *supra*) | (*See* #4, *supra*) |
| 29. | **a thermal partition** | (*See* #12, *supra*) | (*See* #12, *supra*) |
| 30. | **ductwork** | (*See* #2, *supra*) | (*See* #2, *supra*) |
| 31. | **cool air ductwork** | (*See* #2, *supra*) | (*See* #2, *supra*) |